# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

GALE FORCE ROOFING AND
RESTORATION, LLC,

    Plaintiff,

v.                                          Case No.: 21-cv-00246-MW-MAF

JULIE I. BROWN, in her official
capacity as Secretary of the Florida
Department of Business and
Professional Regulation,

    Defendant.

_____/

## AFFIDAVIT OF ALEXANDER DEWEY

STATE OF FLORIDA        )
COUNTY OF HILSBOROUGH  )

    **ALEXANDER DEWEY,** being duly sworn, deposes and says as follows:

    1.    I am over the age of eighteen and I make the following statements based on my personal knowledge.

    2.    I am an authorized representative of Gale Force Roofing and Restoration, LLC ("Gale Force").

    3.    Gale Force is qualified by the Florida Department of Business and Professional Regulation as a roofing contractor in the state of Florida **(License No.: CCC1332874).**

    4.    Gale Force regularly works with homeowners in the state of Florida to repair property damaged by hurricanes or other natural disasters. Often, homeowners pay Gale

Force by providing Gale Force the proceeds that were payable under a residential insurance policy.

5. Gale Force regularly conducts inspections of homes in the state of Florida and informs homeowners whether their roof system has suffered damage and is in need of replacement. Gale Force advertises to homeowners in the state of Florida that it conducts these inspections and is willing to inspect residential roof systems.

6. If damage is found, Gale Force encourages homeowners to contact their insurance carrier to determine if the damage is covered under their residential insurance policy.

7. If SB 76 should go into effect, Gale Force will have to cease conducting business as it currently operates in order to comply with this new statute.

8. Gale Force will have to stop communicating to homeowners accurate, truthful information about the availability of insurance coverage for the work Gale Force stands ready to perform.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
ALEXANDER DEWEY

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

Sworn and subscribed before me this 21st day of June 2021, by **Alexander Dewey** who is personally known to me.

PRIMROSE M. MILLER-ENNIS
Notary Public - State of Florida
Commission# HH 081810
My Comm. Expires Jan 19, 2025
Bonded throuth National Notary Assn.

NOTARY PUBLIC
Print Name: Primrose M. Miller-Ennis
My Commission Expires: 1/19/25

2